**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**FREDERICK McMILLIAN,**

                       **Plaintiff,**

     **vs.**                                                  **9:13-CV-1124**
                                                               **(TJM/ATB)**
**THE COUNTY OF ONONDAGA,** *et al.*,

                       **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I.    INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Order and Report-Recommendation [dkt. # 56] have been filed, and the time to do so, including an extension granted by the Court, has expired.

**II.    DISCUSSION**

After examining the record, this Court has determined that the Order and Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Order and Report-Recommendation [dkt. # 56] for the reasons stated therein. The defendants' motion for summary judgment [dkt. #. 36]

1

is **GRANTED**, and the complaint is **DISMISSED** IN ITS ENTIRETY AS AGAINST THE REMAINING DEFENDANTS.

**IT IS SO ORDERED.**

**Dated:** March 26, 2015

_____
Thomas J. McAvoy
Senior, U.S. District Judge